Romulo **FLORES–HIDALGO**, a.k.a. Romulo Flores, a.k.a. Cesar Marcos Florez, a.k.a. Marcos Florez, a.k.a. Francisco Garcia, a.k.a. Romulo Hidalgo, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 12–71092.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 20, 2013.

Zulu Ali, Zulu Abdullah Ali, Riverside, CA, for Petitioner.

Andrew Jacob Oliveira, Esquire, Trial, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Romulo Flores–Hidalgo, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir.2008). We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Flores–Hidalgo failed to establish it is more likely than not he would be tortured by or with the acquiescence of the government if returned to El Salvador. *See Santos–Lemus v. Mukasey*, 542 F.3d 738, 748 (9th Cir. 2008). Contrary to Flores–Hidalgo's contention, the BIA applied the correct standard in assessing his CAT claim.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.